UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN DOOLITTLE (#109680)

VERSUS

SGT. HERMAN HOLMES, ET AL

CIVIL ACTION

NO. 06-986-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 27, 2007. Objections have been filed, which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against defendant David James will be dismissed for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further the parties' cross-motions for summary judgment (rec.docs. 13 and 21) will be denied, and the defendants' Motion to Dismiss (rec.doc.24) will be granted, dismissing the plaintiff's claims against the remaining defendants, with prejudice, and this action will be dismissed, without

prejudice to any state law claims which the plaintiff may have.

Baton Rouge, Louisiana, October 23, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA