UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN DOOLITTLE (#109680)

VERSUS

SGT. HERMAN HOLMES, ET AL

CIVIL ACTION

NO. 06-986-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 16, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion for summary judgment (rec.doc.72) is denied, the defendants' motion for summary judgment (rec.doc.69) is granted, dismissing the plaintiff's claim asserted against the remaining defendants, and this action will be dismissed.

Baton Rouge, Louisiana, January 4, 2010.

~~RALPH E. TYSON, CHIEF JUDGE~~
MIDDLE DISTRICT OF LOUISIANA
James J. Brady