UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN DOOLITTLE (#109680)

VERSUS

SGT. HERMAN HOLMES, ET AL

CIVIL ACTION

NO. 06-986-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the defendants' motion for summary judgment (rec.doc.69) is granted, dismissing the plaintiff's claim asserted against the remaining defendants, and this action is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, ~~December~~ January 4, 20~~09~~10.

~~RALPH E. TYSON, CHIEF JUDGE~~
MIDDLE DISTRICT OF LOUISIANA

James J. Brady